## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re: )
)
**AARON JOSEPH RITTMASTER,** )
**MIRIAM MYRA RITTMASTER,** )
                 Debtors. )       Case No. 07-21957-RDB-7

## REPORT OF SMALL DIVIDENDS IN CHAPTER 7
## PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

A check has been submitted by U.S. Regular, First-Class Mail made payable to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 9 | Missouri Gas Energy<br>PO Box 219255<br>Kansas City, MO 64121-9255 | $ 51.76 | $ 0.47 |

*Respectfully Submitted:*

**GRIMES & REBEIN, L.C.**

By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

Steven R. Rebein, Trustee
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS 66219

**Union Bank**

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

Claim 000009, Payment 0.90804%
Missouri Gas Energy
P.O. Box 219255
Kansas City, MO 64121-9255

**CHECK NUMBER**

**112**

| DATE | AMOUNT |
|---|---|
| 03/14/10 | $***********0.47 |

| CASE NUMBER | DEBTOR |
|---|---|
| 07-21957   RDB | RITTMASTER, AARON JOSEPH<br>RITTMASTER, MIRIAM MYRA |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

*Zero Dollars And 47/100*

Void After 90 Days

⑈000112⑈ ⑆122000496⑆ 213124448⑈